UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Western Division

Lora Johansen
            Plaintiff,

v.                  Case No.: 3:21−cv−50484
                 Honorable Iain D. Johnston

Combined Metals of Chicago, LLC.,
            Defendant.

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Eastern Division − Chicago. (jp, )